No. 94–6750.  AZIZ *v.* SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–6751.  FLAYTER *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 94–6752.  GAGLIARDI *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 94–6754.  KNOX *v.* SHILLINGER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–6755.  SESARIO DEPINEDA *v.* ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 94–6757.  PADILLA *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  Ct. App. N. Y.  Certiorari denied.

No. 94–6759.  MASON *v.* LOS ANGELES SUPERIOR COURT APPELLATE DEPARTMENT.  Ct. App. Cal., 2d App. Dist.

No. 94–6764.  WILSON *v.* WHITLEY, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 94–6768.  DEARINGER *v.* DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.  C. A. 9th Cir.  Certiorari denied.

No. 94–6773.  ADAMS *v.* LEAPLEY, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–6775.  CRUMMIE *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 94–6777.  SUMMERS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 94–6779.  JARDINE *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.